B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF TEXAS

In re ___ReoStar Operating, Inc._____,
             Debtor

Case No. ___10-47203-11_____

Chapter ___11_____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

Date: ___11/02/2010_____

___ReoStar Operating, Inc._____
           Debtor

*[Declaration as in Form 2]*

| | Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim |
|---|---|---|---|---|---|
| 1 | Texas MOR, Inc.<br>DBA rife Oil Properties<br>3880 Hulen Street, Suite 510<br>Fort Worth, TX 76107 | Sebra Chasak<br>817-732-8739<br>3880 Hulen Street, Suite 510<br>Fort Worth, TX 76107 | Tubing,Rods,Casing,<br>Tank Inventory<br>Equipment Rental | Subject to Setoff Against A/R<br>Disputed/Subject to Setoff Against A/R | $ 166,093.63<br>260,000.00<br>$ 426,093.63 |
| 2 | Kerens ISD<br>Lisa Randle  Tax Assessor-Collector<br>P.O. Drawer 310<br>Kerens, TX 75144 | Lisa Randle<br>903-396-2924<br>P.O. Drawer 310<br>Kerens, TX 75144 | 2010 Property Tax | | $ 14,163.16 |
| 3 | Jerry Witte<br>215-2 Groveton<br>San Antonio, TX 78210 | Jerry Witte<br>210-323-7596<br>215-2 Groveton<br>San Antonio, TX 78210 | Consulting | | $ 10,824.50 |
| 4 | Navarro County<br>Russell P. Hudson Tax Assessor-Collector<br>P.O. Box 1070<br>Corsicana, TX 75151 | Russell P. Hudson<br>P.O. Box 1070<br>Corsicana, TX 75151 | 2010 Property Tax | | $ 10,527.81 |
| 5 | Vern Wilson<br>4606 Bogey Court<br>College Station, TX 77845 | Vern Wilson<br>979-690-1115<br>4606 Bogey Court<br>College Station, TX 77845 | Housing,Travel, & Cell Reimbursement | | $ 8,782.20 |
| 6 | J.V. Dockery, Inc.<br>P.O. Box 57<br>Kerens, TX 75144 | Jimmy Dockery<br>903-345-2129<br>P.O. Box 57<br>Kerens, TX 75144 | Trade-Plugging | Subject to Setoff Against A/R | $ 7,180.00 |
| 7 | Patriot Minerals<br>121 Interpark Blvd., Suite 217<br>San Antonio, TX 78216 | Jamie Teahan<br>210-348-7590<br>121 Interpark Blvd., Suite 217<br>San Antonio, TX 78216 | WI Revenue Payable | | $ 6,146.46 |
| 8 | Rife Energy<br>3880 Hulen Street, Suite 510<br>Fort Worth, TX 76107 | Lynda Zetnick<br>817-732-8739<br>3880 Hulen Street, Suite 510<br>Fort Worth, TX 76107 | Equipment & Office Space Rental & Supp | Subject ot Setoff Against A/R | $ 4,938.56 |
| 9 | Law Office of David Martin<br>819 Grandview Estate Dr.<br>Corsicana, TX | David Martin<br>903-396-3368<br>819 Grandview Estate Dr.<br>Corsicana, TX | Legal Fees | | $ 4,392.50 |
| 10 | King Mart<br>2050 E. Hwy 31<br>Corsicana, TX 75110 | Mike<br>903-874-4800<br>2050 E. Hwy 31<br>Corsicana, TX 75110 | Trade-Fuel | | $ 4,005.00 |
| 11 | Oil City Supply Company<br>P.O. Box 670<br>Oil City, LA 71061 | Tommy Paul<br>318-995-6631<br>P.O. Box 670<br>Oil City, LA 71061 | Trade | | $ 3,056.10 |
| 12 | Haynie Drilling<br>P.O. Box 1061<br>1725 S. Hwy 287<br>Corsicana, TX 75151 | 903-874-6313<br>P.O. Box 1061<br>Corsicana, TX 75151 | Trade | | $ 1,048.16 |
| 13 | Purvis Industries<br>P.O. Box 540757<br>Dallas, TX 75354 | 903-874-4721<br>1315 South 7th Street<br>Corsicana, TX 75110 | Trade | | $ 956.52 |

| | Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim |
|---|---|---|---|---|---|
| 14 | Nelson-Putnam Propane Gas<br>P. O. Box 776<br>Ennis, TX 75120 | 972-875-2629<br>P. O. Box 776<br>Ennis, TX 75120 | Trade | | $  883.62 |
| 15 | Elliot Electric Supply<br>P.O. Box 630610<br>Nacogdoches, TX 75963 | 936-569-7941<br>P.O. Box 630610<br>Nacogdoches, TX 75963 | Trade | | $  460.29 |
| 16 | Richard Thurman Enterprises, Inc.<br>C/O Berverly Hills Sports CNCL<br>131 S. Rodeo Dr, Suite 100<br>Beverly Hills, CA 90212 | Richard Thurman<br>310-858-1872<br>131 S. Rodeo Dr, Suite 100<br>Beverly Hills, CA 90212 | WI Revenue Payable | | $  494.71 |
| 17 | Mildred ISD Tax Office<br>5475 S. Hwy 287<br>Corsicana, TX 75109 | 903-874-6402<br>5475 S. Hwy 287<br>Corsicana, TX 75109 | 2010 Property Tax | | $  338.90 |
| 18 | Corsicana ISD Tax Office<br>601 N. 13th Street<br>Corsicana, TX 75110 | 903-641-4176<br>601 N. 13th Street<br>Corsicana, TX 75110 | 2010 Property Tax | | $  298.56 |
| 19 | Corsicana Napa Auto Parts<br>401 N. Beaton<br>Corsicana, TX 75110 | 903-874-4728<br>401 N. Beaton<br>Corsicana, TX 75110 | Trade | | $  292.50 |
| 20 | Estes & Company<br>106 N. Fir Street<br>Perryton, TX 79070 | Doug Estes<br>806-435-2628<br>106 N. Fir Street<br>Perryton, TX 79070 | WI Revenue Payable | | $  247.36 |

Official Form 2
6/90

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation] [*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing [list *or* schedule *or* amendment *or* other document (describe)] and that it is true and correct to the best of my information and belief.

Date     //– 2 – 20/0

Signature _____

Scott Allen   Vice President
(Print Name and Title)